| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Woodhill NC, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5450969** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**1834 North Lakeshore Drive**<br>**Chapel Hill, NC 27514**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>■ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Woodhill NC, LLC**       Case number (*if known*)
        Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  **Woodhill NC, LLC**    Case number (*if known*) _____
　　　　Name

List all cases. If more than 1, attach a separate list

Debtor _____　Relationship _____
District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>　　　　Contact name _____<br>　　　　Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49　　　　　　☐ 1,000-5,000　　　☐ 25,001-50,000<br>☐ 50-99　　　　　 ☐ 5001-10,000　　　☐ 50,001-100,000<br>☐ 100-199　　　　 ☐ 10,001-25,000　　 ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ■ $0 - $50,000　　　　　　 ☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000　　　 ☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000　　 ☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million　　  ☐ $100,000,001 - $500 million　 ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000　　　　　　 ■ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000　　　 ☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000　　 ☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million　　  ☐ $100,000,001 - $500 million　 ☐ More than $50 billion |

| Debtor | Woodhill NC, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 20, 2025**
MM / DD / YYYY

**X** **/s/ Brian Kileff**  **Brian Kileff**
Signature of authorized representative of debtor      Printed name

Title **Manager**

**18. Signature of attorney**

**X** **/s/ Joseph Z. Frost**   Date **May 20, 2025**
Signature of attorney for debtor    MM / DD / YYYY

**Joseph Z. Frost**
Printed name

**BUCKMILLER & FROST, PLLC**
Firm name

**4700 Six Forks Road, Suite 150**
**Raleigh, NC 27609**
Number, Street, City, State & ZIP Code

Contact phone **919-296-5040**   Email address **jfrost@bbflawfirm.com**

**44387 NC**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Woodhill NC, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 20, 2025**          X **/s/ Brian Kileff**
                                                    Signature of individual signing on behalf of debtor

                                                    **Brian Kileff**
                                                    Printed name

                                                    **Manager**
                                                    Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Woodhill NC, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Diggs Restaurant Group, LLC** c/o Wilson Ratledge PLLC, Reg Agent 4600 Marriott Drive Ste 400 Raleigh, NC 27612 | | | | | | $0.00 |
| **Holly Diggs** 227 Abbot Place Chapel Hill, NC 27516 | | | | | | $0.00 |
| **Oasis Cigar Club, Inc.** Attn: Rodney Coleman, Reg. Agent 244 Fair Oaks Court Mebane, NC 27302-7984 | | | | | | $0.00 |
| **The Cincinnati Insurance Company** Attn: Manager, Agent, Officer 6200 S. Gilmore Road Fairfield, OH 45014 | | | | | | $0.00 |
| **Theodore Diggs** 227 Abbot Place Chapel Hill, NC 27516 | | | | | | $0.00 |
| **TowneBank** Attn: Manager, Agent, Officer 5000 Valleystone Drive, Ste 110 Cary, NC 27519 | | | | $3,272,324.69 | $0.00 | $3,272,324.69 |

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Woodhill NC, LLC**                             Case No.
                              Debtor(s)                  Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 20, 2025**               **/s/ Brian Kileff**
                                        **Brian Kileff**/**Manager**
                                        Signer/Title

Angela K. Hill
1834 North Lakeshore Drive
Chapel Hill, NC 27514

Bankruptcy Adminstrator
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

Carrboro Yoga Company
Attn: Lies Sapp/Sage Roundtree
101 Two Hills Drive Unit 150
Carrboro, NC 27510

DCH Law LLP a/k/a DuFour Law
Attn: Len Conapinski
101 Two Hills Drive Unit 210
Carrboro, NC 27510

Deluxe Cleaners
Attn: Godfrey Eguakun
101 Two Hills Drive, Unit 120
Carrboro, NC 27510

Diggs Restaurant Group, LLC
c/o Wilson Ratledge PLLC, Reg Ag
4600 Marriott Drive Ste 400
Raleigh, NC 27612

DMV Services Carrboro, LLC
Attn: Steven J. Thomas, Reg. Agent
101 Two Hills Drive, Unit 110
Carrboro, NC 27510

Emerge Pediatric Therapy
Attn: Britni Winslow
110 Two Hills Drive
Carrboro, NC 27510

Gary P. Hill, Jr.
1834 North Lakeshore Drive
Chapel Hill, NC 27514

Holly Diggs
227 Abbot Place
Chapel Hill, NC 27516

Internal Revenue Service
Attn: Manager, Agent, Officer
PO Box 7346
Philadelphia, PA 19101-7346

Mindful Learning NC, LLC "Kumon
Attn: Siddesse Hirpa, Reg. Agent
101 Two Hills Dr, Unit 160
Carrboro, NC 27510

NC Department of Revenue
Office Serv. Div, Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Noble Orthodontics
Attn: Manager, Agent, Officer
100 Two Hills Drive
Carrboro, NC 27510

Oasis Cigar Club, Inc.
Attn: Rodney Coleman, Reg. Agent
244 Fair Oaks Court
Mebane, NC 27302-7984

Orange County Tax Collector
Attn: Manager, Agent, Officer
PO Box 8181
Hillsborough, NC 27278-8181

Say It With Glass Designs, LLC
Attn: Charles Sexton, Reg. Agent
119 SW Maynard Rd
Cary, NC 27511-4472

The Brian Kileff Revocable Trust
Dated 1/3/1991, as Amended
403 Clayton Rd
Chapel Hill, NC 27514-7613

The Brian Kileff Revocable Trust
Attn: Brian Kileff, Trustee
403 Clayton Rd
Chapel Hill, NC 27514-7613

The Cincinnati Insurance Company
Attn: Manager, Agent, Officer
6200 S. Gilmore Road
Fairfield, OH 45014

The Flying Pierogi Delicatessen
Attn: Jaysen Wilson
101 Two Hills Drive, Unit 140
Carrboro, NC 27510

The Law Offices of Dayna Kelly P.C.
Attn: Dayna Kelly
101 Two Hills Drive, Unit 220
Carrboro, NC 27510

The Moyra Kileff Revocable Trust
Dated 1/3/1991, As Amended
403 Clayton Road
Chapel Hill, NC 27514-7613

The Moyra Kileff Revocable Trust
Attn: Moyra Kileff, Trustee
403 Clayton Road
Chapel Hill, NC 27514-7613

Theodore Diggs
227 Abbot Place
Chapel Hill, NC 27516

Town of Carrboro
Attn: Manager, Agent, Officer
301 W. Main Street
Carrboro, NC 27510

TowneBank
Attn: Manager, Agent, Officer
5000 Valleystone Drive, Ste 110
Cary, NC 27519

Triangle Sound Service, LLC
Attn: Brooks Frederickson, Manager
101 Two Hills Drive Unit 170
Carrboro, NC 27510

Two Mini Donkeys LLC aka Beer Study
Attn: Manager, Agent, Officer
101 Two Hills Drive, Unit 130
Carrboro, NC 27510